GEORGE W. CHASE & SON v. S. E. LEBRECHT AND L. G. LEBRECHT, No. 12,189. (65 Pac. 1114.) Error from Harper district court. Opinion filed June 8, 1901. Divison one. *Affirmed.* Chas. M. Street, and T. A. Noftzger, for plaintiffs in error. Fred. Washbon, and Geo. W. Finch, for defendants in error.

THE STATE OF KANSAS v. ED. WHIT. No. 12,224. (65 Pac. 234.) Appeal from Reno district court. Opinion filed June 8, 1901. Division one. *Affirmed.* A. A. Godard, attorney-general, Carr W. Taylor, and J. U. Brown, for The State. Prigg & Williams, for appellant.

S. W. BREWSTER, *as Executor, etc.,* v. J. H. LIGHT. No. 12,319. (65 Pac. 248.) Error from Neosho district court. Opinion filed June 8, 1901. Division one. *Affirmed.* Lapham & Brewster, for plaintiff in error. C. A. Cox, for defendant in error.

F. C. MOSES AND J. M. SHERWOOD v. THE FIRST NATIONAL BANK OF CHERRYVALE, KANSAS. No. 12,322. (65 Pac. 1117.) Error from Montgomery district court. Opinion filed June 8, 1901. Division one. *Dismissed.* J. B. Zeigler, for plaintiffs in error. Albert L. Wilson, for defendant in error.

J. G. SCHLATTER *et al.* v. A. C. GIBSON. No. 12,324. (65 Pac. 232.) Error from Coffey district court. Opinion filed June 8, 1901. Division one. *Affirmed.* G. E. Manchester, and T. A. Wiseman, for plaintiffs in error. J. I. Wolfe, for defendant in error.

M. L. CAMPBELL v. G. P. PIERCE. No. 12,325. (65 Pac. 1114.) Error from Osage district court. Opinion filed June 8, 1901. Division one. *Affirmed.* Robert C. Heizer, for plaintiff in error. Pleasant & Pleasant, for defendant in error.

M. J. CHANDLER v. W. C. HUTCHISON, *Receiver, etc.* No. 12,329. (65 Pac. 1114.) Error from Franklin district court. Opinion filed June 8, 1901. Division one. *Dismissed.* Wm. H. Clark, for plaintiff in error. C. A. Smart, for defendant in error.

THE MISSOURI PACIFIC RAILWAY COMPANY v. GEORGE S. TAYLOR. No. 12,330. (65 Pac. 1117.) Error from Montgomery district court. Opinion filed June 8, 1901. Division one. *Reversed and remanded.* J. H. Richards, C. E. Benton, and J. B. & W. E. Zeigler, for plaintiff in error. Jos. Chandler, for defendant in error.

M. T. BROWN AND SUSIE H. BROWN v. ALEXANDER CAIRNS *et al.* No. 12,331. (65 Pac. 231.) Error from Coffey district court. Opinion filed June 8, 1901. Division one. *Reversed.* Hutchings & Keplinger, for plaintiffs in error. James Redmond, for defendants in error.

JOHN B. DYSART v. LAURA THOMAS *et al.* No. 12,336. (65 Pac. 1115.) Error from Miami district court. Opinion filed June 8, 1901. Division one. *Affirmed.* Alpheus Lane, for plaintiff in error. Geo. Kingsley; John C. Sheridan, and O. E. Long, for defendants in error.

O. G. PETERS *et al.* v. R. E. McVEY. No. 12,337. (65 Pac. 1117.) Error from Montgomery district court. Opinion filed June 8, 1901. Division one. *Affirmed.* J. B. Zeigler, for plaintiffs in error. Albert L. Wilson, for defendant in error.